Christina Harper, Esq., AZB #020485
Kristin E. Wick, Esq., AZB #027082
THE MORTGAGE LAW FIRM, PC
301 E. Bethany Home Road, #A-227
Phoenix, Arizona 85012
Telephone: (623) 777-3828
Fax: (623) 201-4747
Christina.Harper@mtglawfirm.com
Kristin.Wick@mtglawfirm.com
Attorneys for Movant Seterus, Inc. as the authorized
subservicer for Federal National Mortgage Association
("Fannie Mae"), creditor c/o Seterus, Inc.
TS #118146

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| John M. Ward, IV<br>Susan Ward,<br><br>              Debtors. | Case No. 2:14-bk-01334-GBN<br>Chapter 13<br><br>**OBJECTION TO CHAPTER 13 PLAN** |

Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association

("Fannie Mae"), creditor c/o Seterus, Inc. ("Seterus"), a secured creditor in this bankruptcy

case, through undersigned counsel hereby objects to the confirmation of the Chapter 13 Plan

filed by the Debtors for the reasons stated below.

1.      Seterus is the holder or servicer of a note ("Note"), secured by a deed of trust

recorded against certain real property, ("Property"), generally described as 18215 N. 61st Dr.

Glendale, AZ 85308 and legally described as:

> LOT 433, SUNSET VISTA UNIT 7, ACCORDING
> TO BOOK 354 OF MAPS, PAGE 34, RECORDS
> OF MARICOPA COUNTY, ARIZONA

1

Copies of the Note, Loan Modification, Deed of Trust, Assignments of the Deed of Trust, and Limited Power of Attorney are attached as Exhibits 'A', 'B', 'C', 'D', 'E'. Upon information and belief, the above described real property is the principal residence of the Debtors.

2.    When the bankruptcy petition was filed on February 3, 2014, the payments under the terms of the Note were in default. The plan incorrectly lists the pre-petition arrears as $6,354.91. In addition, the plan incorrectly lists the secured creditor as Bank of America.

3.  The correct amount of the default to be cured pursuant to the Proof of Claim filed by

Seterus is as follows:

Arrearage Amount Due at the time the case was filed:
Regular payments for August 2013 through December 2013
(5 months) at $1,623.65 per month                                   $8,118.25

Regular payment for January 2014
(1 month) at $1,606.34 per month                                    $1,606.34

Regular payment for February 2014
(1 month) at $1,584.12 per month                                    $1,584.12

Accrued Late Charges                                                $100.00

Attorney's Fees                                                     $650.00

Property Inspection Fees                                            $75.00

Escrow Deficiency and Shortage                                      $3,184.86

**Total Arrearage and Other Charges**                               **$15,315.57**

4.  Seterus objects to the Confirmation unless the regular post-petition payments due on

the Note are current.

WHEREFORE, Seterus objects to the confirmation of the chapter 13 plan.

Case 2:14-bk-01334-BKM    Doc 19    Filed 02/28/14    Entered 02/28/14 15:20:50    Desc
Main Document      Page 2 of 3

DATED this 28th day of February, 2014.

/s/ Kristin E. Wick
Christina Harper, Esq.
Kristin E. Wick, Esq.
THE MORTGAGE LAW FIRM, PC
301 E. Bethany Home Road, #A-227
Phoenix, Arizona 85012
*Attorneys for Movant*

ORIGINAL filed by ECF and
COPIES of the foregoing were mailed
this 28th day of February, 2014, to:

Susan Ward
John M. Ward, IV
18215 N. 61st Drive
Glendale, AZ 85308
*Debtors*

Benjamin Joseph Wright
Wright Law Offices
1418 North Scottsdale Road, Ste. 222
Scottsdale, AZ 85257
*Debtors' Attorney*

Russell Brown
Chapter 13 Trustee
Suite 800
3838 North Central Avenue
Phoenix, AZ 85012-1965
*Chapter 13 Trustee*

U.S. Trustee
Office of the U.S. Trustee
230 N. First Avenue, Suite 204
Phoenix, AZ 85003-1706
*U.S. Trustee*

/s/        Lisa Montee

3